1040

[No. 32418-4-III. Division Three. August 20, 2015.]

MARLO COYLE, *Appellant*, v. NIMSHA ASIA GOINS, *Respondent*.

by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 71307-8-I. Division One. August 24, 2015.]

JAMES O'BRIEN, *Appellant*, v. ILOOP MOBILE, INC., ET AL., *Respondents*.

by unpublished opinion per Spearman, C.J., concurred in by Cox and Appelwick, JJ.

[No. 71405-8-I. Division One. August 24, 2015.]

THE SAGE GROUP I, LLC, ET AL., *Appellants*, v. JOHN KOTTER ET AL., *Respondents*.

by unpublished opinion per Leach, J., concurred in by Dwyer and Trickey, JJ.

[No. 71818-5-I. Division One. August 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREA LYNN LISTER, *Appellant*.

by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Leach, J.